DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440

Attorney for PLAINTIFF

RICHARD G. HYPPA, SBN 104547
120 East 12th Street
Tracy, CA 95376
Telephone: 209-836-9288
Facsimile: 209-836-9289

Attorney for DEFENDANTS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>PLAINTIFF,<br><br>v.<br><br>IMELDA AVILA, ROSA MARTINEZ, dba LA VILLA MEXICAN RESTAURANT and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.:  2:14-cv-01302-MCE-DAD<br><br>**STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF**<br><br>[Fed. R. Civ. P. 41] |

IT IS HEREBY STIPULATED by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, WITH PREJUDICE, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

| | |
|---|---|
| Date:   August 31st, 2015 | /s/Daniel Malakauskas<br>By: Daniel Malakauskas,<br>Attorney for Plaintiff |
| Date:   August 31st, 2015 | /s/Richard G. Hyppa<br>By: Richard G. Hyppa,<br>Attorney for Defendants |

### ORDER

This action is dismissed, WITH PREJUDICE, pursuant to Federal Rules of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Dated:  September 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT